AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02575-JPB |
| State of Georgia, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date:   06/25/2021

/s/ Elizabeth M. Ryan
*Attorney's signature*

Elizabeth M. Ryan (MA 670286)
*Printed name and bar number*

U.S. Department of Justice
Civil Rights Division - Voting Section
950 Pennsylvania Avenue NW, 4CON Room 8.1138
Washington, D.C. 20530
*Address*

Elizabeth.Ryan@usdoj.gov
*E-mail address*

(202) 305-6792
*Telephone number*

(202) 307-3961
*FAX number*