## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

THE STATE OF GEORGIA, *et al.,*

    *Defendants.*

CIVIL ACTION

FILE NO. 1:21-CV-02575-JPB

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Bryan P. Tyson, of the law firm Taylor English Duma LLP, 1600 Parkwood Circle, Suite 200, Atlanta, GA  30339, and hereby enters his appearance as counsel for Defendants the State of Georgia; the Georgia State Election Board; and Brad Raffensperger, in his official capacity as Georgia Secretary of State in the above-captioned matter. Copies of all further pleadings, orders, and notices should be sent to him at the address below.

This 6th day of July, 2021.

    */s/ Bryan P. Tyson*
    Bryan P. Tyson
    Georgia Bar No. 515411
    btyson@taylorenglish.com
    TAYLOR ENGLISH DUMA LLP
    1600 Parkwood Circle, Suite 200

Atlanta, Georgia 30339
770.434.6868 (telephone)

*Attorney for Defendants*

**<u>CERTIFICATE OF COMPLIANCE</u>**

Pursuant to L.R. 7.1(D), the undersigned certifies that the foregoing

Notice of Appearance of Counsel has been prepared in Century Schoolbook

13, a font and type selection approved by the Court in L.R. 5.1(B).

<u>*/s/ Bryan P. Tyson*</u>
Bryan P. Tyson