UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>THE STATE OF GEORGIA<br>and THE GEORGIA STATE<br>ELECTION BOARD,<br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE; NATIONAL REPUBLICAN SENATORIAL COMMITTEE; and GEORGIA REPUBLICAN PARTY, INC.,<br>*Proposed Intervenor-Defendants*. | No. 1:21-cv-2575-JPB |

**UNOPPOSED MOTION TO INTERVENE &
COMBINED MEMORANDUM OF LAW**

Movants—the Republican National Committee, National Republican Senatorial Committee, and Georgia Republican Party, Inc.—respectfully move to intervene in this case under Rule 24(b). Movants' request for permissive intervention is unopposed: Plaintiff consents to it, and Defendants will take no position. As in *Coalition for Good Governance v. Raffensperger*, "permissive intervention is appropriate because plaintiffs do not contest that Proposed Intervenors' defenses share a common question of law or fact with the current

1

action, and allowing Proposed Intervenors to join the action at this early stage of the litigation will not cause undue delay or burden." Order, No. 1:21-cv-2070-JPB (N.D. Ga. June 21, 2021).*

|  |  |
|---|---|
| Dated: July 6, 2021 | Respectfully submitted, |
|  | /s/ William Bradley Carver |
| Tyler Green* | John E. Hall, Jr. |
| Cameron T. Norris* | Georgia Bar No. 319090 |
| Steven C. Begakis* | William Bradley Carver, Sr. |
| CONSOVOY MCCARTHY PLLC | Georgia Bar No. 115529 |
| 1600 Wilson Blvd., Ste. 700 | Alex B. Kaufman |
| Arlington, VA 22209 | Georgia Bar No. 136097 |
| (703) 243-9423 | James Cullen Evans |
| tyler@consovoymccarthy.com | Georgia Bar No. 797018 |
| cam@consovoymccarthy.com | **HALL BOOTH SMITH, P.C.** |
| steven@consovoymccarthy.com | 191 Peachtree Street NE |
|  | Suite 2900 |
| *pro hac vice forthcoming | Atlanta, GA 30303 |
|  | (404) 954-6967 |
|  | bcarver@hallboothsmith.com |

*Counsel for Proposed Intervenor-Defendants*

---

* For similar reasons, this Court granted Movants permissive intervention in all the other cases challenging SB 202: *The New Ga. Project v. Raffensperger*, No. 1:21-cv-1229-JPB; *Ga. State Conf. of the NAACP v. Raffensperger*, No. 1:21-cv-1259-JPB; *Sixth Dist. of the African Methodist Episcopal Church v. Kemp*, No. 1:21-cv-1284-JPB; *Asian Am. Advancing Justice-Atlanta v. Raffensperger*, No. 1:21-cv-1333-JPB; *VoteAmerica v. Raffensperger*, No. 1:21-cv-1390-JPB; *The Concerned Black Clergy of Metro. Atlanta, Inc. v. Raffensperger*, No. 1:21-cv-1728-JPB.

3

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook font.

*/s/ William Bradley Carver*

## CERTIFICATE OF SERVICE

On July 6, 2021, I e-filed this document on ECF, which will serve everyone requiring service.

*/s/ William Bradley Carver*