# AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
### Northern District of Georgia

Case Number: 1:21-CV-02575-JPB

Plaintiff: **United States of America**
vs.
Defendant: **The State of Georgia
The Georgia State Election Board
Brad Raffensperger**

For:
Jasmyn Richardson
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, DC 20530

Received by Ancillary Legal Corporation on the 6th day of July, 2021 at 1:45 pm to be served on **The State of Georgia c/o Georgia Attorney General Christopher M. Carr, State Law Department, 40 Capitol Square, S.W., Atlanta, GA 30334.**

I, William Collier, being duly sworn, depose and say that on the **8th day of July, 2021** at **11:00 am**, I:

served The State of Georgia c/o Georgia Attorney General Christopher M. Carr by delivering a true copy of the **Summons in a Civil Action, Proof of Service, Complaint with Exhibit 1, Civil Cover Sheet** to: **Wright Banks** as **Authorized to Accept** for **The State of Georgia**, at the address of: **State Law Department, 40 Capitol Square, S.W., Atlanta, GA 30334**.

**Additional Information pertaining to this Service:**
7/8/2021  11:12 am  Served Chief Deputy Wright Banks who is a white male, approximately 50 years old, approximately 5'9" tall and weighing approximately 160 lbs. He had silver hair and wasn't wearing glasses.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 160, Hair: Silver, Glasses: N

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

**William Collier**
Process Server

Subscribed and Sworn to before me on the 9th day of July, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC



Ancillary Legal Corporation
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2021007536
Ref: United States of America

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| United States of America <br><br> Plaintiff(s) <br> v. <br> State of Georgia, et al. <br><br> Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:21-cv-2575 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The State of Georgia
c/o Georgia Attorney General Christopher M. Carr
State Law Department, 40 Capitol Square, S.W.
Atlanta, GA 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jasmyn G. Richardson
U.S. Department of Justice
Civil Rights Division - Voting Section
950 Pennsylvania Avenue NW, 4CON Room 6.1805
Washington, D.C. 20530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JAMES N. HATTEN**
*CLERK OF COURT*

Date: 6/25/21

s/Beverly Creech
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-2575

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print] [Save As...] [Reset]