UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>THE STATE OF GEORGIA; et al.,<br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE; et al.,<br>*Intervenor-Defendants*. | No. 1:21-cv-2575-JPB |

**INTERVENORS' MOTION TO DISMISS OR
ALTERNATIVELY FOR SUMMARY JUDGMENT**

Intervenors ask this Court to dismiss the Government's complaint. Intervenors join the State's brief and add the arguments in their attached brief. For all these reasons, the Court should dismiss the complaint with prejudice and close this case.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 28, 2020 | /s/ Tyler R. Green |
| John E. Hall, Jr. | Tyler R. Green (*pro hac vice*) |
|   Georgia Bar No. 319090 | Cameron T. Norris (*pro hac vice*) |
| William Bradley Carver, Sr. | Steven C. Begakis (*pro hac vice*) |
|   Georgia Bar No. 115529 | CONSOVOY MCCARTHY PLLC |
| W. Dowdy White | 1600 Wilson Blvd., Ste. 700 |
|   Georgia Bar No. 320879 | Arlington, VA 22209 |
| HALL BOOTH SMITH, P.C. | (703) 243-9423 |
| 191 Peachtree St. NE, Ste. 2900 | tyler@consovoymccarthy.com |
| Atlanta, GA 30303 | cam@consovoymccarthy.com |
| (404) 954-6967 | steven@consovoymccarthy.com |

*Counsel for the RNC, NRSC, and GAGOP*

## CERTIFICATE OF COMPLIANCE

I certify that this document complies with Local Rule 5.1(B) because it uses 13-point Century Schoolbook font.

/s/ *Tyler R. Green*

## CERTIFICATE OF SERVICE

On July 28, 2021, I e-filed this document via ECF, which will serve everyone requiring service.

/s/ *Tyler R. Green*