# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. THE STATE OF GEORGIA, *et al.*, *Defendants*. | Case No. 1:21-cv-02575-JPB |

**Unopposed Motion of the American Center for Law and Justice, and 57 Members of Congress, for Leave to File an Amici Curiae Brief in Support of the Defendants' Motions to Dismiss**

EDWARD L. WHITE III*
ERIK M. ZIMMERMAN*
AMERICAN CENTER FOR LAW & JUSTICE
3001 Plymouth Rd., Ste. 203
Ann Arbor, MI 48105

* not admitted to this Court

*Counsel for amici*

JAY ALAN SEKULOW (Ga. Bar #634900)
 *Lead Counsel for Amici*
STUART J. ROTH*
ANDREW J. EKONOMOU
JORDAN SEKULOW*
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Ave, NE
Washington, DC 20002
Phone: (202) 546-8890
Fax: (202) 546-9309
sekulow@aclj.org

The American Center for Law and Justice, and the below-listed Members of the 117th United States Congress, respectfully ask this Court to grant them leave to file the attached amici curiae brief in support of the Defendants' motions to dismiss (Dkt. #38 & 39). Counsel for all parties have been notified of the filing of this motion, and stated either that they do not object to the motion or that they take no position on the motion.

The American Center for Law and Justice (ACLJ) is an organization dedicated to the defense of constitutional liberties secured by law. Counsel for the ACLJ have presented oral argument, represented parties, and submitted amicus curiae briefs before the Supreme Court of the United States and numerous federal and state courts around the country in cases concerning constitutional issues and election law. *See, e.g.*, *FEC v. Wis. Right to Life*, 551 U.S. 449 (2007); *McConnell v. FEC*, 540 U.S. 93 (2003); *Bush v. Gore*, 531 U.S. 98 (2000). The attached amici brief is submitted on behalf of over 647,000 supporters of the ACLJ who have expressed their support for defending the integrity of elections and the right to vote.

Representatives Rick W. Allen, Robert B. Aderholt, Jodey C. Arrington, Brian Babin, Jim Banks, Andy Barr, Andy Biggs, Dan Bishop, Lauren Boebert, Ted Budd, Ken Calvert, Buddy Carter, Madison Cawthorn, Andrew S. Clyde, Rodney Davis, Jeff Duncan, Neal Dunn, Ron Estes, Drew Ferguson, Virginia Foxx, Bob

Gibbs, Louie Gohmert, Bob Good, Paul A. Gosar, D.D.S., Marjorie Taylor Greene, Glenn Grothman, Diana Harshbarger, Vicky Hartzler, Jody Hice, Richard Hudson, Ronny L. Jackson, Mike Johnson, Doug Lamborn, Barry Loudermilk, Nancy Mace, Mariannette Miller-Meeks, M.D., Alex X. Mooney, Ralph Norman, Scott Perry, August Pfluger, Bill Posey, Tom Rice, John Rose, David Rouzer, Chip Roy, Steve Scalise, Austin Scott, Pete Sessions, Adrian Smith, Jason Smith, Elise Stefanik, W. Gregory Steube, Claudia Tenney, William Timmons, Tim Walberg, Randy Weber, and Joe Wilson are currently serving Members of the 117th United States Congress.

The proper resolution of this case is a matter of utmost concern to the ACLJ, its supporters, and the above-listed Members of Congress because of the case's impact on the ability of the State of Georgia to properly exercise its constitutional authority to ensure that its elections are free from fraud and intimidation. Additionally, the resolution of this case will likely impact similar pending, and future, lawsuits filed around the country.

The attached amici curiae brief should be helpful to the resolution of the motions to dismiss because it focuses on the constitutional, federalism, and separation-of-powers issues raised when the federal executive branch asks a court to override a state legislature's enactment of election integrity provisions.

## Conclusion

The Court should grant this motion and file the attached amici curiae brief.

Respectfully submitted on August 2, 2021.

|  |  |
|---|---|
|  | /s/ Jay Alan Sekulow |
| EDWARD L. WHITE III* | JAY ALAN SEKULOW (Ga. Bar #634900) |
| ERIK M. ZIMMERMAN* | *Lead Counsel for Amici* |
| AMERICAN CENTER FOR LAW & JUSTICE | STUART J. ROTH* |
| 3001 Plymouth Rd., Ste. 203 | ANDREW J. EKONOMOU |
| Ann Arbor, MI 48105 | JORDAN SEKULOW* |
|  | AMERICAN CENTER FOR LAW & JUSTICE |
| * Not admitted to this Court | 201 Maryland Ave, NE |
|  | Washington, DC 20002 |
| *Counsel for amici* | Phone: (202) 546-8890 |
|  | Fax: (202) 546-9309 |
|  | sekulow@aclj.org |

3