IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEORGIA SENATE BILL 202 | MASTER CASE NO. 1:12-MI-55555-JPB |

## CONSENT MOTION FOR ENTRY OF ESI ORDER

Plaintiffs move, with the consent of all Defendants and Intervenor-Defendants, for entry of a proposed stipulation and order among the Plaintiffs, State Defendants,[1] the District Attorney for Dougherty County, and Intervenor-Defendants[2] governing production of electronically stored information ("ESI") in these actions. The Plaintiffs, State Defendants, the District Attorney for Dougherty County, and Intervenor-Defendants have negotiated and reached agreement on the proposed ESI agreement attached as Exhibit 1.

---

[1] The "State Defendants" are the State of Georgia, Brian Kemp in his official capacity as Governor of Georgia, Brad Raffensperger in his official capacity as Secretary of State of Georgia, the Georgia State Election Board, and Edward Lindsey, Janice W. Johnston, Sara Tindall Ghazal, and Matthew Mashburn in their official capacities as members of the Georgia State Election Board.

[2] The "Intervenor-Defendants" are the Republican National Committee, National Republican Senatorial Committee, National Republican Congressional Committee, and Georgia Republican Party, Inc.

Plaintiffs and County Defendants[3] continue to negotiate in good faith to come to an agreement to govern the production of ESI. Plaintiffs and County Defendants believe they will be able to come to an agreement, and they consent to the entry of a separate order governing production of ESI among the other parties while they continue to negotiate.

Accordingly, in order for discovery to continue proceeding without delay, Plaintiffs, with the consent of Defendants and Intervenor-Defendants, respectfully request that the Court enter the proposed stipulated ESI agreement filed contemporaneously herewith.

Respectfully submitted this 18th day of March, 2022.

| | |
|---|---|
| Kurt R. Erskine<br>United States Attorney<br>Northern District of Georgia | Pamela S. Karlan<br>Principal Deputy Assistant<br>Attorney General<br>Civil Rights Division |
| */s/ Aileen Bell Hughes*<br>Aileen Bell Hughes<br>Georgia Bar No. 375505 | */s/ Maura Eileen O'Connor*<br>T. Christian Herren, Jr. |

---

[3] The "County Defendants" are the Fulton County Solicitor and the county election officials and county election offices named as defendants in the following cases: *The New Georgia Project et al. v. Raffensperger et al.*, Case No. 21-cv-01229-JPB; *Georgia State Conference of the NAACP et al. v. Raffensperger et al.*, Case No. 21-cv-01259-JPB; *Sixth District of the African Methodist Episcopal Church et al. v. Kemp et al.,* Case No. 1:21-CV-01284-JPB; *Asian Americans Advancing Justice-Atlanta, et al. v. Raffensperger et al.,* Case No. 1:21-cv-01333-JPB. Here, the "County Defendants" does not include the District Attorney for Dougherty County.

| | |
|---|---|
| Assistant U.S. Attorney<br>OFFICE OF THE UNITED STATES ATTORNEY<br>600 U.S. Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br>Phone: (404) 581-6000<br>Fax: (404) 581-6181<br>*Attorneys for Plaintiff the United States of America* | John A. Russ IV<br>Jasmyn G. Richardson<br>Maura Eileen O'Connor<br>Rachel R. Evans<br>Ernest A. McFarland<br>Elizabeth M. Ryan<br>Sejal Jhaveri<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. DEPARTMENT OF JUSTICE<br>4 Constitution Square<br>150 M Street NE, Room 8.923<br>Washington, D.C. 20530<br>Phone: (800) 253-3931<br>Fax: (202) 307-3961<br>john.russ@usdoj.gov<br>eileen.o'connor2@usdoj.gov<br>*Attorneys for Plaintiff the United States of America* |
| /s/ *Bryan L. Sells*<br>Bryan L. Sells<br>Georgia Bar No. 635562<br>THE LAW OFFICE OF BRYAN SELLS, LLC<br>PO Box 5493<br>Atlanta, Georgia 31107<br>Tel: (404) 480-4212<br>Email: bryan@bryansellslaw.com | |
| Jon Greenbaum*<br>Ezra D. Rosenberg*<br>Julie M. Houk*<br>jgreenbaum@lawyerscommittee.org<br>erosenberg@lawyerscommittee.org<br>jhouk@lawyerscommittee.org<br>LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW<br>1500 K Street NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 662-8600<br>Facsimile: (202) 783-0857 | /s/ *Nancy G. Abudu*<br>Nancy G. Abudu (Bar 001471)<br>*nancy.abudu@splcenter.org*<br>Pichaya Poy Winichakul (Bar 246858)<br>*poy.winichakul@splcenter.org*<br>SOUTHERN POVERTY LAW CENTER<br>P.O. Box 1287<br>Decatur, Georgia 30031-1287<br>Telephone: (404) 521-6700<br>Facsimile: (404) 221-5857 |
| Vilia Hayes*<br>Neil Oxford*<br>Gregory Farrell* | /s/ *Adam S. Sieff*<br>Adam S. Sieff*<br>*adamsieff@dwt.com*<br>DAVIS WRIGHT TREMAINE LLP<br>865 South Figueroa Street, 24th Fl. |

3

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

*Attorneys for Plaintiffs Georgia State Conference of the NAACP, Georgia Coalition for the People's Agenda, Inc., League of Women Voters of Georgia, Inc., GALEO Latino Community Development Fund, Inc., Common Cause and Lower Muskogee Creek Tribe*

/s/ Sean J. Young
Sean J. Young (Bar 790399)
*syoung@acluga.org*
Rahul Garabadu (Bar 553777)
*rgarabadu@acluga.org*
ACLU FOUNDATION OF GEORGIA, INC.
P.O. Box 77208
Atlanta, Georgia 30357
Telephone: (678) 981-5295
Facsimile: (770) 303-0060

/s/ Sophia Lin Lakin
Sophia Lin Lakin*
*slakin@aclu.org*
Davin M. Rosborough*
*drosborough@aclu.org*
Jonathan Topaz*
*jtopaz@aclu.org*
Dale E. Ho*
*dho@aclu.org*
ACLU FOUNDATION
125 Broad Street, 18th Floor

Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Matthew Jedreski*
*mjedreski@dwt.com*
Grace Thompson*
*gracethompson@dwt.com*
Brittni Hamilton*
*brittnihamilton@dwt.com*
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
David M. Gossett*
*davidgossett@dwt.com*
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500
Washington, D.C. 20005-7048
Telephone: (202) 973-4288
Facsimile: (202) 973-4499

*Attorneys for Plaintiffs Georgia Muslim Voter Project, Women Watch Afrika, Latino Community Fund Georgia, and The Arc of the United States*

/s/ Uzoma N. Nkwonta
Uzoma N. Nkwonta*
Jacob D. Shelly*
Jyoti Jasrasaria*
Tina Meng*
Marcos Mocine-McQueen*
Spencer McCandless*
ELIAS LAW GROUP LLP

New York, New York 10004
Telephone: (212) 519-7836
Facsimile: (212) 549-2539

Susan P. Mizner*
*smizner@aclu.org*
ACLU FOUNDATION, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0781
Brian Dimmick*
*bdimmick@aclu.org*
ACLU FOUNDATION, INC.
915 15th Street NW
Washington, D.C. 20005
Telephone: (202) 731-2395

*/s/ Leah C. Aden*
Leah C. Aden*
*laden@naacpldf.org*
John S. Cusick*
*jcusick@naacpldf.org*
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, New York 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592

*/s/ Debo P. Adegbile*
Debo P. Adegbile*
*debo.adegbile@wilmerhale.com*
Ilya Feldsherov*
*ilya.feldsherov@wilmerhale.com*
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, New York 10007

10 G St. NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
unkwonta@elias.law
jshelly@elias.law
jjasrasaria@elias.law
tmeng@elias.law
mmcqueen@elias.law
smccandless@elias.law

Halsey G. Knapp, Jr.
Georgia Bar No. 425320
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
KREVOLIN & HORST, LLC
1201 W. Peachtree St., NW
One Atlantic Center, Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
hknapp@khlawfirm.com
jlewis@khlwafirm.com
sparks@khlawfirm.com
*Attorneys for Plaintiffs The New Georgia Project, Black Voters Matter Fund, Rise, Inc., Elbert Solomon, Fannie Marie Jackson Gibbs, and Jauan Durbin*

*/s/ Kurt Kastorf*
Kurt Kastorf
KASTORF LAW, LLC
1387 Iverson Street, N.E., Suite 100
Atlanta, GA 30307
Telephone: (404) 900-0330
kurt@kastorflaw.com

5

Telephone: (212) 230-8800
Facsimile: (212) 230-8888

George P. Varghese*
george.varghese@wilmerhale.com
Stephanie Lin*
stephanie.lin@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Tania Faransso*
tania.faransso@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Nana Wilberforce*
nana.wilberforce@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue,
Suite 2400
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Plaintiffs Sixth District of the African Methodist Episcopal Church, Delta Sigma Theta Sorority, Georgia ADAPT, Georgia Advocacy*

Judith Browne Dianis*
Gilda R. Daniels
Georgia Bar No. 762762
Sabrina Khan*
Jess Unger*
ADVANCEMENT PROJECT
1220 L Street, N.W., Suite 850
Washington, DC 20005
Telephone: (202) 728-9557
Jbrowne@advancementproject.org
Gdaniels@advancementproject.org
Skhan@advancementproject.org
Junger@advancementproject.org

Clifford J. Zatz*
William Tucker*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 624-2500
CZatz@crowell.com
WTucker@crowell.com

*Attorneys for Plaintiffs The Concerned Black Clergy of Metropolitan Atlanta, Inc., The Justice Initiative, Inc., Samuel Dewitt Proctor Conference, Inc., Mijente, Inc., Sankofa United Church of Christ Limited, Metropolitan Atlanta Baptist Ministers Union, Inc., First Congregational Church, United Church of Christ Incorporated, Georgia Latino Alliance for Human Rights, Inc., Faith in Action Network, Greater Works Ministries Network, Inc., Exousia Lighthouse International C.M., Inc.*

6

*Office, and Southern Christian Leadership Conference*

*/s/ Phi Nguyen*
Phi Nguyen
 (Georgia Bar No. 578019)
Meredyth L. Yoon
(Georgia Bar No. 204566)
Laura Murchie
(*pro hac vice* application pending)
ASIAN AMERICANS ADVANCING JUSTICE-ATLANTA
5680 Oakbrook Parkway, Suite 148
Norcross, Georgia 30093
(404) 585 8446 (Telephone)
(404) 890 5690 (Facsimile)
*pnguyen@advancingjustice-atlanta.org*
*myoon@advancingjustice-atlanta.org*
*lmurchie@advancingjustice-atlanta.org*

*/s/ Eileen Ma*
Eileen Ma*
Kimberly Leung*
ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, CA 94111
(415) 896 1701 (Telephone)
(415) 896 1702 (Facsimile)
*eileenm@advancingjustice-alc.org*
*kimberlyl@advancingjustice-alc.org*


*/s/ Niyati Shah*
Niyati Shah*
Terry Ao Minnis*º

7

ASIAN AMERICANS ADVANCING
JUSTICE-AAJC
1620 L Street, NW, Suite 1050
Washington, DC 20036
(202) 815 1098 (Telephone)
(202) 296 2318 (Facsimile)
*nshah@advancingjustice-aajc.org*
*tminnis@advancingjustice-aajc.org*
º Not Admitted in DC

*/s/ R. Adam Lauridsen*
Leo L. Lam*
R. Adam Lauridsen*
Connie P. Sung*
Candice Mai Khanh Nguyen*
Luis G. Hoyos*
Rylee Kercher Olm*
KEKER, VAN NEST AND
PETERS LLP
San Francisco, CA 94111-1809
(415) 391 5400  (Telephone)
(415) 397 7188 (Facsimile)
*llam@keker.com*
*alauridsen@keker.com*
*csung@keker.com*
*cnguyen@keker.com*
*lhoyos@keker.com*
*rolm@keker.com*

*Attorneys for Plaintiffs Asian Americans Advancing Justice–Atlanta, Steven J. Paik, Deepum Patel, Nora Aquino, Thuy Hang Tran, Thao Tran, and Anjali Enjeti-Sydow*

*Admitted pro hac vice

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Consent Motion for Entry of ESI Order has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(C).

*/s/ Maura Eileen O'Connor*
Maura Eileen O'Connor

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2022, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record in this case.

*/s/ Maura Eileen O'Connor*
Maura Eileen O'Connor
