# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE STATE OF GEORGIA, et al., <br><br> Defendants, <br><br> THE REPUBLICAN NATIONAL COMMITTEE, <br><br> Intervenor-Defendants. | Civil Action No.: 1:21-CV-2575-JPB |
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |

**CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.4**

I hereby certify on April 19, 2022, I served opposing counsel a copy of **NON-PARTY DEKALB COUNTY CLERK OF SUPERIOR COURT DEBRA DEBERRY'S RESPONSE TO UNITED STATES' SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** via electronic mail to:

Kurt R. Erskine
Aileen Bell Hughes
600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Pamela S. Karlan
Elizabeth M. Ryan
T. Christian Herren, Jr.
John A. Russ IV
Jasmyn G. Richardson
Rachel R. Evans
Sejal Jhaveri
Ernest A. McFarland
Maura Eileen O'Connor
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530

This 21st day of April, 2022.

*s/ Irene B. Vander Els*
Irene B. Vander Els
Senior Assistant County Attorney
DeKalb County Law Department

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF GEORGIA, et al.,<br><br>Defendants,<br><br>THE REPUBLICAN NATIONAL COMMITTEE,<br><br>Intervenor-Defendants. | Civil Action No.: 1:21-CV-2575-JPB |
| IN RE GEORGIA SENATE BILL 202 | Master Case No.: 1:21-MI-55555-JPB |

## CERTIFICATE OF SERVICE

This is to certify that on April 21, 2022, I electronically filed the foregoing **CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 5.4** with the Clerk of Court using the CM/ECF system (which document was prepared in Times New Roman font, 14-point type, one of the font and point selections approved by the Court in N.D. Ga. L.R. 5.1)) which will automatically send e-mail notification of such filing to all counsel of record.

Respectfully submitted, this 21st day of April, 2022.

*/s/ Irene B. Vander Els*
Senior Assistant County Attorney
Georgia Bar No. 033663