UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: GEORGIA SENATE BILL 202 | No. 1:21-MI-55555-JPB |
|---|---|
| | ALL CASES |

## ORDER

This matter is before the Court on the parties' Consent Motion for Protective Order Regarding DDS Data [Doc. 229]. For good cause shown, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Stipulated Protective Order [Doc. 229-1] is approved and incorporated by reference as if fully set forth herein.

**SO ORDERED** this 5th day of August, 2022.

J. P. BOULEE
United States District Judge