UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: GEORGIA SENATE BILL 202 | No. 1:21-MI-55555-JPB<br>ALL CASES |

## ORDER

This matter is before the Court on the parties' Consent Motion to Extend Discovery Schedule and Request for Status Conference [Doc. 387]. After due consideration, the motion is **GRANTED IN PART**.

**IT IS HEREBY ORDERED** that all deadlines are extended by two weeks. Thus, discovery shall close on March 31, 2023. Motions for summary judgment shall be filed no later than May 2, 2023, with briefing to be complete by June 21, 2023. The Court will not hold a status conference to discuss trial dates or logistics at this time. Discussion of trial planning is premature where, as here, discovery is still ongoing and dispositive motions have not yet been filed.

**SO ORDERED** this 6th day of February, 2023.

J. P. BOULEE
United States District Judge