# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE GEORGIA SENATE BILL 202 | : : : | MASTER CASE NO. 1:21-MI-55555-JPB |
| UNITED STATES OF AMERICA, *Plaintiff,* v. THE STATE OF GEORGIA, *et al.*, *Defendants,* REPUBLICAN NATIONAL COMMITTEE, *et al.*, *Intervenors.* | : : : : : : : : : : : : : : | Case No. 1:21-cv-2575-JPB |

## PROPOSED ORDER

Having considered the Motion to Withdraw as Attorney as to Sylvia May Mailman, IT IS HEREBY ORDERED that the Motion is GRANTED, and the Clerk is directed to remove Sylvia May Mailman as attorney for State of Ohio in this case.

IT IS SO ORDERED this the _____ day of _____, 2023.

_____
Hon. J. P. Boulee
United States District Judge
Northern District of Georgia